IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IMPORTERS SERVICE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | FILE NO.: 1:07 CV-0745 |
| GP CHEMICALS EQUITY LLC, | ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL OF PLAINTIFF**
**<u>IMPORTERS SERVICE CORPORATION</u>**

Notice is hereby given, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, that Importers Service Corporation ("ISC"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the trial court's Opinion and Order [89] entered on August 24, 2009 granting Defendant GP Chemicals Equity LLC's Motion for Summary Judgment. The Opinion and Order was certified as a final judgment under Rule 54(b) on February 17, 2010 [96].

This 17th day of March, 2010.

        FELLOWS LABRIOLA LLP

        <u>s/Shattuck Ely</u>
        Shattuck Ely
        Georgia Bar No. 246944
        Eugenia Wooten Iredale
        Georgia Bar No. 140810

225 Peachtree Street, N.E.
Suite 2300, South Tower
Atlanta, GA 30303
(404) 586-9200
(404)586-9201

        Attorneys for Plaintiff Importers Service Corporation

## **CERTIFICATE OF SERVICE**

I certify that on this day, a true and correct copy of the above and foregoing was served on the following counsel of record via the CM/ECF system which will send e-mail notification to the following counsel of record:

George L. Murphy, Esq.
gmurphy@kilpatrickstockton.com
Audra A. Dial, Esq.
adial@kilpatrickstockton.com
Taylor Higgins Ludlam, Esq.
taludlam@kilpatrickstockton.com

This 17th day of March, 2010.

        FELLOWS LABRIOLA LLP

        s/Shattuck Ely
        Shattuck Ely